# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

DEC 1 8 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

REBECCA MCDONALD, on behalf of
herself and her minor child, E.S.
**Plaintiff(s),**

v.

Civil NO: 1:07-cv-00172 IMK

84 LUMBER COMPANY

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jamie L. Lenzi, Esquire, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: December 18, 2007

_____
United States District Judge