## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAR 1 0 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| REBECCA MCDONALD, on behalf of herself and her minor child, E.S., Plaintiffs, | ) CASE NO: 1:07-cv-00172 IMK ) ) ) |
| vs. | ) ) |
| 84 LUMBER COMPANY, Defendant. | ) ) ) |

### ORDER PERMITTING COUNSEL TO PARTICIPATE IN RULE 16 CONFERENCE BY TELEPHONE

It is hereby ORDERED that counsel for the parties in the above-referenced matter are granted leave to participate telephonically in the Rule 16(b) scheduling conference on March 10, 2008, at 1:30 p.m.

BY THE COURT: March 10, 2008

_Irene M. Keeley_
Honorable Irene M. Keeley
Chief, U. S. District Judge